| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 9262<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff, JAMES CLARK | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** *RIVERSIDE* **DIVISION**

| In re:<br><br>LETICIA JOY ARCINIEGA,<br><br>                                                    Debtor(s). | CASE NO.: 6:11-bk-15412-SY<br>CHAPTER: 7<br>ADVERSARY NO.: 6:11-ap-01735-SY |
|---|---|
| JAMES CLARK,<br><br>                                                    Plaintiff(s),<br>vs.<br>LETICIA JOY ARCINIEGA,<br><br>                                                    Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion[1]*): COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. SECTIONS 523(a)(2) AND 523(a)(6); AND OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. SECTIONS 727(a)(2) AND 727(a)(4) |

PLEASE TAKE NOTE that the order or judgment titled JUDGMENT was lodged on (*date*) March 25, 2015 and is attached. This order relates to the motion which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 1                                                **F 9021-1.2.ADV.NOTICE.LODGMENT**
*49073v1/1187-001*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 25, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 7 TRUSTEE,** Karl T Anderson (TR) edansie@hotmail.com, kanderson@ecf.epiqsystems.com
- **ATTORNEYS FOR PLAINTIFF,** Sarah C Boone sboone@marshackhays.com, ecfmarshackhays@gmail.com
- **INTERESTED PARTY DOLORES ARCINIEGA,** Alan W Forsley awf@fl-lawyers.net, awf@fkllawfirm.com,addy@fl-lawyers.net,lc@fl-lawyers.net,awf@fl-lawyers.net
- **ATTORNEYS FOR PLAINTIFF,** Chad V Haes chaes@marshackhays.com, ecfmarshackhays@gmail.com
- **ATTORNEYS FOR PLAINTIFF,** D Edward Hays ehays@marshackhays.com, ecfmarshackhays@gmail.com
- **UNITED STATES TRUSTEE (RS)** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **March 25, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 25, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Personal Delivery</u> – March 26, 2015, PRESIDING JUDGE'S COPY, Bankruptcy Judge Scott H. Yun, United States Bankruptcy Court - Central District of California, 3420 Twelfth Street, Suite 345 / Courtroom 302, Riverside, CA 92501-3819

<u>Via Email - DEFENDANT, IN PRO PER</u>**,** Leticia Joy Arciniega, email: larcinie@verizon.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 25, 2015 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 2 — **F 9021-1.2.ADV.NOTICE.LODGMENT**
*49073v1/1187-001*

# Exhibit "A"

49073v1/1187-001



**Adversary LODGED ORDER UPLOAD FORM**

Wednesday, March 25, 2015

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **566828.doc** )
A new order has been added

- **Office**:  Riverside
- **Case Title**:  Clark v. Arciniega
- **Case Number**:  11-01735
- **Judge Initial**:  SY
- **Case Type**:  ap ( Adversary )
- **Document Number**:  1
- **On Date**:  03/25/2015 @ 10:58 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
JAMES CLARK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>LETICIA JOY ARCINIEGA,<br><br>Debtor.<br><br>JAMES CLARK,<br><br>Plaintiff,<br>vs.<br><br>LETICIA JOY ARCINIEGA,<br><br>Defendant. | Case No. 6:11-bk-15412-SY<br><br>Chapter 7<br><br>Adv. No. 6:11-ap-01735-SY<br><br>JUDGMENT<br><br><u>Trial</u><br>Date:  March 17 - 18, 2015<br>Time:  9:30 a.m.<br>Ctrm.:  302 |

On March 17 and 18, 2015, at 9:30 a.m., this Court conducted Trial in this adversary proceeding in Courtroom 302 of the United States Bankruptcy Court, Central District of California, Riverside Division, the Honorable Scott H. Yun United States Bankruptcy Judge presiding. Plaintiff James Clark ("Plaintiff") appeared by and through his attorneys of record, Marshack Hays LLP, by Sarah C. Boone and Chad V. Haes. Defendant Leticia Joy Arciniega ("Defendant") represented herself at the Trial.

The Court has read and considered the pleadings filed by the parties prior to Trial including the Joint Pretrial Stipulation, the direct testimony declarations of Plaintiff, Defendant, and David Christian, Plaintiff's evidentiary objections, and Plaintiff's trial brief, has considered the sworn testimony of witnesses presented at Trial, and has considered the arguments of counsel

1

1  during Trial and the documentary and testimonial evidence admitted during Trial. The Court's

2  rulings with regard to Plaintiff's evidentiary objections are separately set forth in Orders

3  sustaining in part and over-ruling in part those objections.

4      For the reasons stated on the record at the hearing held March 18, 2015, at 10:00 a.m. and

5  as set forth in the Court's separate Findings of Fact and Conclusions of Law, the Court has found

6  good cause to enter judgment in favor of Plaintiff on two of Plaintiff's claims for relief, to enter

7  judgment for Defendant on one of Plaintiff's claims for relief, and to enter a non-dischargeable

8  money judgment in favor of Plaintiff.

9      IT IS THEREFORE:

10      **ORDERED, ADJUDGED, AND DECREED** that with respect to Plaintiff's claim for

11  relief pursuant to 11 U.S.C. § 523(a)(2)(A), judgment is entered for Plaintiff;

12      **ORDERED, ADJUDGED, AND DECREED** that with respect to Plaintiff's claim for

13  relief pursuant to 11 U.S.C. § 523(a)(6), judgment is entered for Plaintiff;

14      **ORDERED, ADJUDGED, AND DECREED** that with respect to Plaintiff's claim for

15  relief pursuant to 11 U.S.C. § 727(a)(4), judgment is entered for Defendant;

16      **ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of James

17  Clark and against Leticia Joy Arciniega in the amount of $331,000 in damages and $209,806.42

18  in attorneys' fees and costs, for a total money judgment of $540,860.42; and

19      **ORDERED, ADJUDGED, AND DECREED** that under both 11 U.S.C. § 523(a)(2)(A)

20  and 11 U.S.C. § 523(a)(6), all amounts awarded pursuant to this Judgment are excepted from any

21  discharge entered in favor of Defendant including in Bankruptcy Case No. 6:11-bk-15412-SY.

22                             ###

2

270857v1/1187-001