1 | D. EDWARD HAYS, #162507
ehays@marshackhays.com
2 | CHAD V. HAES, #267221
chaes@marshackhays.com
3 | MARSHACK HAYS LLP
870 Roosevelt
4 | Irvine, California 92620-5749
Telephone: (949) 333-7777
5 | Facsimile: (949) 333-7778

6 | Attorneys for Plaintiff,
JAMES CLARK
7

8

9

10

**FILED & ENTERED**

APR 06 2015

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jeanmari  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

11 | In re

12 | LETICIA JOY ARCINIEGA,

13 |      Debtor.

14

15 | JAMES CLARK,

16 |      Plaintiff,
vs.

17 | LETICIA JOY ARCINIEGA,

18 |      Defendant.

19

Case No. 6:11-bk-15412-SY

Chapter 7

Adv. No. 6:11-ap-01735-SY

JUDGMENT

Trial
Date:    March 17 - 18, 2015
Time:    9:30 a.m.
Ctrm.:  302

20 |     On March 17 and 18, 2015, at 9:30 a.m., the Court conducted a trial in this adversary

21 | proceeding in Courtroom 302 of the United States Bankruptcy Court, Central District of

22 | California, Riverside Division, the Honorable Scott H. Yun, United States Bankruptcy Judge,

23 | presiding. Plaintiff James Clark ("Plaintiff") appeared by and through his attorneys of record,

24 | Marshack Hays LLP, by Sarah C. Boone and Chad V. Haes. Defendant Leticia Joy Arciniega

25 | ("Defendant") represented herself at the trial.

26 |     The Court has read and considered the pleadings filed by the parties prior to trial,

27 | including the Joint Pretrial Stipulation, the direct testimony declarations of Plaintiff, Defendant,

28 | and David Christian, Plaintiff's evidentiary objections, and Plaintiff's trial brief, has considered

1

270857v1/1187-001

1  the sworn testimony of witnesses presented at the trial, and has considered the arguments of

2  counsel during trial and the documentary and testimonial evidence admitted during trial. The

3  Court's rulings with regard to Plaintiff's evidentiary objections are separately set forth in orders

4  sustaining in part and overruling in part those objections.

5         For the reasons stated at the conclusion of trial on March 18, 2015, at 10:00 a.m., and as

6  set forth in the Court's separate findings of fact and conclusions of law recited on the record, the

7  Court has found good cause to enter judgment in favor of Plaintiff on two of Plaintiff's claims for

8  relief, to enter judgment for Defendant on two of Plaintiff's claims for relief, and to enter a non-

9  dischargeable money judgment in favor of Plaintiff.

10        **IT IS ORDERED** that judgment is entered for Plaintiff on his first claim for relief under

11  11 U.S.C. § 523(a)(2)(A).

12        **IT IS ORDERED** that judgment is entered for Plaintiff on his second claim for relief

13  under 11 U.S.C. § 523(a)(6).

14        **IT IS ORDERED** that judgment is entered for Defendant on Plaintiff's third claim for

15  relief under 11 U.S.C. § 727(a)(2).

16        **IT IS ORDERED** that judgment is entered for Defendant on Plaintiff's fourth claim for

17  relief under 11 U.S.C. § 727(a)(4).

18        **JUDGMENT IN ENTERED** in favor of Plaintiff and against Defendant in the amount of

19  $331,000 in damages and $209,806.42 in attorneys' fees and costs, for a total money judgment of

20  $540,806.42. All amounts awarded in this Judgment are excepted from any discharge entered in

21  favor of defendant, including in Bankruptcy Case No. 6:11-bk-15412-SY, under both 11 U.S.C. §

22  523(a)(2)(A) and 11 U.S.C. § 523(a)(6).

23                              ###

26  Date: April 6, 2015

Scott H. Yun
United States Bankruptcy Judge

2

270857v1/1187-001