D. EDWARD HAYS, #162507
ehays@marshackhays.com
SARAH CATE HAYS, #268813
shays@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
JAMES CLARK

FILED & ENTERED

MAY 09 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>LETICIA JOY ARCINIEGA,<br>  Debtor. | Case No. 6:11-bk-15412-SY<br>Chapter 7 |
| JAMES CLARK,<br>  Plaintiff,<br>vs.<br>LETICIA JOY ARCINIEGA,<br>  Defendant. | Adv. No. 6:11-ap-01735-SY<br>**AMENDED JUDGMENT AFTER REMAND** |

The court, the Honorable Scott H. Yun presiding, conducted further proceedings in this case after remand from the Bankruptcy Appellate Panel of the Ninth Circuit on October 6, 2016, February 7, 2017, and March 29, 2017. Having considered the Bankruptcy Appellate Panel's Memorandum, which was filed on February 3, 2016, and the further briefing and argument of the parties, and for the reasons stated on the record at all three hearings,

///

///

1

4834-5556-4358, v. 1

1     JUDGMENT IS ENTERED in favor of James Clark ("Plaintiff") and against Leticia Joy Arciniega ("Defendant") on Plaintiff's first claim for relief under 11 U.S.C. § 523(a)(2)(A) and his second claim for relief under 11 U.S.C. § 523(a)(6) as follows:

    1.     Plaintiff is awarded $281,000 in liquidated damages under the standard set forth in Ca. Civ. Code § 1671(b);

    2.     Plaintiff is awarded $244,586.50 in attorneys' fees; and

    3.     Plaintiff is awarded $11,032.02 in costs.

All amounts awarded in this Judgment are excepted from any discharge entered in favor of Defendant under 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. § 523(a)(6).

###

Date: May 9, 2017

Scott H. Yun
United States Bankruptcy Judge

2

4834-5556-4358, v. 1